UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

CURTIS MANLEY, *individually and on behalf of all others similarly situated*,

        Plaintiff,

v.                                    Civil Action No.: 3:19-cv-00302-JAG

EXPERIAN INFORMATION SOLUTIONS, INC.,

        Defendant.

## ORDER OF DISMISSAL

WHEREAS, Plaintiff Curtis Manley, by counsel, have alleged in a Class Action Complaint, as amended (the "Class Action Complaint"), that Defendant Experian Information Solutions, Inc. ("Experian") (Plaintiffs and Experian shall be referred to collectively as the "Parties") failed to comply with certain legal requirements of the Fair Credit Reporting Act, 15 U.S.C. §§ 1681a–x (the "FCRA") in this action (the "Litigation");

WHEREAS, Experian denies having violated any legal requirements of the FCRA; and

WHEREAS, the Parties have reached a settlement of the Litigation they believe provides tangible benefits to members of the putative class, without a formal certification of a class or release of any claims by unnamed class members.

THEREFORE, pursuant to the agreement and consent of the Parties and for other good cause shown, the Court hereby ORDERS as follows:

    1.    This matter is hereby dismissed with prejudice as to the Plaintiff and dismissed without prejudice as to the putative class claims.

2.  Pursuant to *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375 (1994), this Court maintains jurisdiction of this matter for the purposes of enforcing the Parties' settlement agreement.

/s/ *[signature]*
John A. Gibney, Jr.
United States District Judge

Richmond, Virginia
Date: June 19, 2020